| Account Name | Account # | Invoice # | Invoice Date | BL | Balance Due |
|---|---|---|---|---|---|
| Beacon Logistics LLC | USB007629 | 400562461 | 16-Jan-25 | 400400562461, 400500029624 | $14,000.00 |
| Beacon Logistics LLC | USB007629 | 400562491 | 16-Jan-25 | 400400562495 | $5,600.00 |
| Beacon Logistics LLC | USB007629 | 410627151 | 6-Dec-24 | 401410627156 | $1,000.00 |
| Beacon Logistics LLC | USB007629 | 410680081 | 24-Dec-24 | 401410680082 | $9,800.00 |
| Beacon Logistics LLC | USB007629 | 410682441 | 31-Dec-24 | 401410682441 | $16,300.00 |
| Beacon Logistics LLC | USB007629 | 410694901 | 11-Jan-25 | 401410694902 | $13,060.00 |
| Beacon Logistics LLC | USB007629 | 420020501 | 6-Feb-25 | 472420020504 | $12,950.00 |
| Beacon Logistics LLC | USB007629 | 420020511 | 6-Feb-25 | 472420020512 | $18,500.00 |
| Beacon Logistics LLC | USB007629 | 440952981 | 1-Nov-24 | 404440952980 | $4,650.00 |
| Beacon Logistics LLC | USB007629 | 440953061 | 30-Oct-24 | 404440953064 | $8,098.53 |
| Beacon Logistics LLC | USB007629 | 441162992 | 28-Dec-24 | 404441417042, 404441162991 | $13,500.00 |
| Beacon Logistics LLC | USB007629 | 441179784 | 27-Dec-24 | 404441179788 | $1,700.00 |
| Beacon Logistics LLC | USB007629 | 441179791 | 14-Dec-24 | 404441179796 | $1,700.00 |
| Beacon Logistics LLC | USB007629 | 441222691 | 30-Nov-24 | 404441293050 | $10,080.23 |
| Beacon Logistics LLC | USB007629 | 441223341 | 22-Dec-24 | 404441223345 | $13,500.00 |
| Beacon Logistics LLC | USB007629 | 441243012 | 6-Jan-25 | 404441243010 | $2,275.00 |
| Beacon Logistics LLC | USB007629 | 441245351 | 28-Dec-24 | 404441245357 | $15,000.00 |
| Beacon Logistics LLC | USB007629 | 441258801 | 18-Jan-25 | 404540039372 | $1,500.00 |
| Beacon Logistics LLC | USB007629 | 441285252 | 30-Jan-25 | 404441285252 | $3,000.00 |
| Beacon Logistics LLC | USB007629 | 441286721 | 7-Jan-25 | 404441286720 | $15,000.00 |
| Beacon Logistics LLC | USB007629 | 441350851 | 7-Jan-25 | 404441350852 | $850.00 |
| Beacon Logistics LLC | USB007629 | 510012051 | 14-Feb-25 | 401510012056 | $19,750.00 |
| Beacon Logistics LLC | USB007629 | 510012111 | 14-Feb-25 | 401510012111 | $7,000.00 |
| Beacon Logistics LLC | USB007629 | 510017721 | 23-Jan-25 | 401510017724 | $450.00 |
| Beacon Logistics LLC | USB007629 | 510066331 | 15-Feb-25 | 401510066334 | $15,500.00 |
| Beacon Logistics LLC | USB007629 | 510066341 | 15-Feb-25 | 401510066342, 401510126078 | $9,300.00 |
| Beacon Logistics LLC | USB007629 | 510066351 | 19-Feb-25 | 401510066351 | $15,500.00 |
| Beacon Logistics LLC | USB007629 | 510066361 | 19-Feb-25 | 401510066369, 401510127163 | $15,500.00 |
| Beacon Logistics LLC | USB007629 | 540016951 | 8-Feb-25 | 404540016950 | $17,500.00 |
| Beacon Logistics LLC | USB007629 | 540092621 | 22-Feb-25 | 404540092622 | $15,000.00 |
| Beacon Logistics LLC | USB007629 | 540111251 | 9-Feb-25 | 404540111252 | $1,600.00 |
| Beacon Logistics LLC | USB007629 | 540147581 | 27-Feb-25 | 404540147582 | $6,582.60 |
| | | | | | $305,746.36 |